FILED: April 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2313
(8:12-cv-01383-JFM)

_____

ALBERT LITTLEJOHN

      Plaintiff - Appellant

v.

OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC;: (as Servicer); ALTISOURCE PORTFOLIO SOLUTIONS, S.A. LINDA M. MCCAULEY - INDIVIDUALLY AND D/B/A REALHOME SERVICES AND SOLUTIONS INC.; ACE SECURITIES CORPORATION: (as Depositor) ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-FM-1, ASSET BACKED PASS-THROUGH CERTIFICATES (as Trust); WELLS FARGO BANK, NATIONAL ASSOCIATION, NATIONAL BANKING ASSOCIATION (as Master Servicer, Securities Adminstrator); HSBC BANK USA, NATIONAL ASSOCIATION, (as Trustee and Supplemental Interest Trustee); LAW OFFICES OF FRIEDMAN & MACFADYEN, P.A. AND KENNETH J. MACFADYEN - SUBSTITUTE TRUSTEE & INDIVIDUALLY, JAMES J. LOFTUS - SUBSTITUTE TRUSTEE & INDIVIDUALLY, LISA BLADES SUBSTITUTE TRUSTEE, & INDIVIDUALLY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS); AND JOHN DOES (INVESTORS) 1-10,000, et al.

      Defendants - Appellees

_____

# M A N D A T E

The judgment of this court, entered 3/15/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*